

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue

San Francisco, CA 94102

*cand.uscourts.gov*

July 13, 2022

Miaya D. Whitehead
2908 Summit Crossing Parkway
Norman, OK 73071

Subject: 22-cv-04049-CRB
Whitehead v. Netflix, Inc. et al

    An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To ensure that proper service is made, the address(es) of the defendant(s)* must be submitted to this office. Please use the bottom portion of this letter to print the current address for each listed defendant.

    You may email a picture or scan of the completed form to maria_loo@cand.uscourts.gov. As an alternative, you may use the self-addressed postage paid envelope to mail this information to the court.

Sincerely,

Mark B. Busby, Clerk

_____

by: Maria Loo
Case Systems Administrator
maria_loo@cand.uscourts.gov

| Name | Address |
| --- | --- |
| Robert West | |
| | |
| Scott Hartle | |
| | |

*Summons have already been issued to defendants Netflix, Inc., Netflix Streaming Services, Margaret C. DeLoatch, Mega-Diva Inc. and John E. Rigney (see ECF No. 5)

REV. 10-20